| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**WESTERN DISTRICT OF OKLAHOMA** | **FILED**<br>Jan. 21, 2026<br>Douglas E. Wedge , Clerk<br>U.S. Bankruptcy Court<br>Western District of Oklahoma |

IN RE:

Aniquasea Marie Harding
   Debtor(s).

Case Number: 25–13261 – SAH
Chapter 7

Ian's Enterprise, LLC
   Plaintiff(s)

  v.

Adv. Number: 26–01002 – SAH

Aniquasea Marie Harding
   Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

### Summons Issued on Aniquasea Marie Harding

YOU ARE SUMMONED and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

Address of Clerk:
  Clerk, U.S. Bankruptcy Court
  Western District of Oklahoma
  215 Dean A. McGee Avenue
  Oklahoma City, OK 73102

At the same time, you must also serve a copy of the motion or answer upon the attorney for the plaintiff.

Name and Address of Attorney for the Plaintiff:
Amanda R Blackwood
Blackwood Law Firm, PLLC
512 NW 12th Street
Oklahoma City, OK 73103

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.



Date Issued: January 21, 2026

FOR THE COURT
Douglas E. Wedge
Court Clerk

By: s/ Susann Nettleton
Deputy Clerk