Official Form 416D (12/15)

FILED BANKRUPTCY OK WD
FEB 11 2026 AM 11:51
KB

# Form 416D  Caption for Use in Adversary Proceeding

# United States Bankruptcy Court

_Western_ District Of _Oklahoma_

In re _Aniquasea Marie Harding_,

Debtor,

_IAN'S ENTERPRISE, LLC_ ,

Plaintiff

_Aniquasea Marie Harding_ ,

Defendant

Case No. _25-13261-SAH_

Chapter _7_

Adv. Proc. No. _26-01082-SAH_

[If in a Notice of Appeal and Statement of Election (see Form 417A) or other notice filed and served by the debtor, the caption must be altered to include the debtor's address and Employer's Tax Identification Numbers(s) or last four digits of Social Security Number(s) as in Form 416A]

Return of Service by Jack Beall Private Process
Server PSS 2024-34
3504 Mockingbird Lane
Midwest City OK 73110
405-640 2545
jackprivateeye@yahoo.com

_Jack Beall_

IN RE:
Aniquasea Marie
Harding debtor

# PROOF OF SERVICE AFFIDAVIT

Adv. Number 26-01002-SAH

_____
IAN's Enterprise, LLC
Plaintiff
vs.
Aniquasea Marie Harding
defendant
_____

Case No. 25-13261-SAH Ch. 7
County United States Bankruptcy Court Western District of Oklahoma
Date Rec. 1/28/2026
Court Date _____
Client IAN's Enterprises

---

I, being duly sworn, certify that I received on __1/28__, 20_26_ the following documents:

- ___ Summons w/Petition
- ___ Amended Petition/Complaint
- ___ Petition/3rd Party Defendant
- ___ Small Claims Affidavit
- ___ Forcible Entry & Detainer
- ___ Hearing on Assets
- ___ Citation for Contempt
- ___ Other

- ___ Injunction
- ___ Garnishment
- ___ Subpoena Duces Tecum
- ___ Deposition Subpoena
- ___ Witness Fees
- ___ Notice to Take Deposition
- ___ Notice of Hearing

- ___ Motion to Modify
- ___ Motion for Leave/Vacate/Enter
- ___ Motion/Summary Judgment
- ___ Motion/Deficiency Judgment
- ___ Request for Admissions
- ___ Request for Production
- ___ Order/Affidavit

- ___ Interrogations
- ___ Brief-Plaintiff's/Defendant's
- ___ Journal Entry
- ___ Cross/Counter Claim
- ___ Lis Pendens
- ___ Letter
- ___ Temporary Restraining Order

Summons in an Adversary Proceeding Complaint

**METHOD OF SERVICE:** And served the same according to law in the following manner, to wit:

**PERSONAL SERVICE**
- ☐ by delivering a true copy of said process personally to _____ at _____ Date: _____ Time: _____
- ☐ by delivering a true copy of said process personally to _____ at _____ Date: _____ Time: _____

**USUAL PLACE OF RESIDENCE**
- ☒ by leaving a true copy of said process for _Aniquasea Marie Harding_ with _her son Abryn Harding_, a resident/family member, fifteen years of age or older, at _11600 Sagamore Dr Yukon, OK 73099_ which is his/her usual place of residence. Date _2/9/2026_ Time: _12:57 PM_

**CORPORATION/PARTNERSHIP, ETC.**
- ☐ by delivering a true copy of said process to _____ he/she/it, being the service agent, agent in charge, an officer or partner of said entity, to wit: _____ at _____ Date: _____ Time: _____

**POSTED SERVICE**
- ☐ by affixing a true copy of said process to the premises located at _____ which is in the possession of the defendant to wit: _____

**SERVICE BY MAIL**
- ☐ by mailing a true copy of said process to _____ by certified mail. restricted delivery, return receipt requested, at _____ Date: _____

**NOT FOUND**
- ☐ Said process WAS NOT SERVED on the following named for reasons stated: _____

**OTHER INFORMATION**
- ☐ _____

Subscribed and sworn to before me this ___ day of _____ 20___.

Notary Public   Commission Exp.
(SEAL)

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_ 2/9/2026
Name of Server   (date)
License No. PSS- 2024-34

Fee for service $ 125
Mileage $ ____ Total $ 125

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**FILED**
Jan. 21, 2026
Douglas E. Wedge, Clerk
U.S. Bankruptcy Court
Western District of Oklahoma

IN RE:

**Aniquasea Marie Harding**
Debtor(s).

Case Number: 25-13261 - SAH
Chapter 7

**Ian's Enterprise, LLC**
Plaintiff(s)

v.

Adv. Number: 26-01002 - SAH

**Aniquasea Marie Harding**
Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

**Summons Issued on Aniquasea Marie Harding**

YOU ARE SUMMONED and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

Address of Clerk:
   Clerk, U.S. Bankruptcy Court
   Western District of Oklahoma
   215 Dean A. McGee Avenue
   Oklahoma City, OK 73102

At the same time, you must also serve a copy of the motion or answer upon the attorney for the plaintiff.

Name and Address of Attorney for the Plaintiff:
Amanda R Blackwood
Blackwood Law Firm, PLLC
512 NW 12th Street
Oklahoma City, OK 73103

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date Issued: January 21, 2026

FOR THE COURT
Douglas E. Wedge
Court Clerk

By: s/ Susann Nettleton
Deputy Clerk