**United States Bankruptcy Court**
**Western District of Oklahoma**

| | |
|---|---|
| In re **Aniquasea Maria Harding,** Debtor(s) | Case No. **25-13261-SAH** Chapter **7** |

**Ian's Enterprise, LLC,**
    Plaintiff,

v.

**Aniquasea Maria Harding,**
    Defendant.

Adv. No. 26-01002-SAH

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Joshua Farmer, attorney for Aniquasea Maria Harding, an interested party in the above-captioned adversary proceeding, hereby gives notice of his appearance in Adversary Proceeding Number 26-01002-SAH on behalf of said defendant.

Further, the above-named parties in interest hereby request that the Clerk of the above-named Court, counsel for the Plaintiff(s), and any other party mailing notices in this case, mail to said counsel copies of any and all notices hereinafter given in this case in accordance with Bankruptcy Rule 2002, or otherwise.

Respectfully submitted the 27th day of February 2026.

/s/Joshua Farmer
Joshua Farmer, CA302846
3108 N. Classen Blvd
Oklahoma City, OK 73118
Phone: (405) 296-6859
Fax: (580) 581-1803
Attorney for Defendant
josh@gplawok.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February 2026, a true and correct copy of the foregoing entry of appearance and request for notices, was electronically served using the CM/ECF system, namely:

**Amanda R. Blackwood**     amanda@blackwoodlawfirm.com

and via U.S. Mail, first class, postage prepaid to the following parties, to-wit:

Amanda R. Blackwood
BLACKWOOD LAW FIRM, PLLC
512 NW 12th Street
Oklahoma City, OK 73103

                                       /s/Joshua Farmer
                                       Joshua Farmer, CA302846
                                       3108 N. Classen Blvd
                                       Oklahoma City, OK 73118
                                       Phone: (405) 296-6859
                                       Fax: (580) 581-1803
                                       Attorney for Defendants
                                       josh@gplawok.com