IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| ANIQUASEA MARIE HARDING, | ) | Case No. 25-13261-SAH |
|         Debtor | ) | Chapter 7 |
| | ) | |
| IAN'S ENTERPRISE, LLC | ) | |
| | ) | |
|         Plaintiff, | ) | |
| vs. | ) | Adv. Pro. 26-01002-SAH |
| | ) | |
| ANIQUASEA MARIE HARDING, | ) | |
| | ) | |
|         Defendant. | ) | |

**RETURN OF SERVICE**

COMES NOW, Plaintiff, Ian's Enterprise, LLC and files the attached Return of Service.

Respectfully Submitted,

/s/ Amanda R. Blackwood
Amanda R. Blackwood, OBA #33839
BLACKWOOD LAW FIRM, PLLC
512 NW 12th Street
Oklahoma City, OK 73103
405.309.3600 -Telephone
405.378.4466 – Facsimile
amanda@blackwoodlawfirm.com – Email
**ATTORNEY FOR PLAINTIFF**