**Dated: March 16, 2026**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: <br> ANIQUASEA MARIE HARDING, <br>              Debtor. | Case No. 25-13261-SAH <br> Chapter 7 |
| IAN'S ENTERPRISE, LLC <br><br>              Plaintiff. <br> vs. <br><br> ANIQUASEA MARIE HARDING, <br><br>              Defendant. | Adv. Pro. 26-01002 |

### AGREED ORDER RESOLVING DEFENDANT'S MOTION TO QUASH SUMMONS

    **COME NOW,** Ian's Enterprise, LLC (Plaintiff) and Aniquasea Marie Harding (Defendant), and hereby file the following Agreed Order Resolving Defendant's Motion to Quash Summons.

    1. Defendant was a Pro Se debtor in the underlying chapter 7 bankruptcy case.

    2. Defendant is now represented by counsel.

3. Defendant's Motion to Quash was served on February 27, 2026, and the response deadline was March 13, 2026.

4. Plaintiff's answer to the Motion to Quash was timely filed on March 12, 2026.

5. Counsel for both parties have conferred on the legal issues presented by the motion, and both parties are in agreement that it is in the best interest of the parties and serves the Court's interest in judicial economy to resolve the Motion to Quash Summons without further litigation.

To resolve the Motion to Quash Summons, the parties hereby stipulate as follows:

6. Defendant acknowledges that the affidavit of service, document 7, filed on 3/12/2026, is prima facia evidence that the Summons and Adversary Complaint were mailed by certified mail on 1/27/2026.

7. Plaintiff acknowledges that the filing of the previous affidavit of service, document 3, which states that the Summons and Adversary Complaint were served by personal process server on 2/9/2026, created an initial controversy as to the validity of service.

8. Defendant has filed a motion to dismiss, document 6, which is currently pending before the Court.

9. The parties agree that proper service has been effectuated; that there is a proper pending motion to dismiss before the Court; and that should the Court find in favor of the Plaintiff on Defendant's Motion to Dismiss, Defendant will have seven (7) days after entry of that order to answer.

**All findings of facts are based upon representation of counsel for Plaintiff and Defendant. Defendant will effectuate service of the order on all interested parties.**

**IT IS SO ORDERED.**

###

**STIPULATION APPROVED BY:**

/s/Amanda R. Blackwood
Amanda R. Blackwood, OBA #33839
Blackwood Law Firm, PLLC
512 NW 12th Streeet
Oklahoma City, OK 73103
Phone: 405.309.3600
Fax: 405.378.4466
amanda@blackwoodlawfirm.com
Attorney for Plaintiff

/s/Joshua L Farmer
Joshua L Farmer, CA302846
Great Plains Legal Services, LLC
3108 N Classen Blvd
Oklahoma City, Ok 73118
Phone: 405.296.6859
Fax: 580.581.1803
josh@gplawok.com
Attorney for Defendant

[doc. # 36] -in-interest on, pursuant to Local time   expired on April 18, 2025 The Debtor

The parties announce that they have reached an agreement to

IT IS HEREBY ORDERED that the plan is treated as current through April 2025; and the plan payment shall increase to $ May 2025 plan payment.

Click to add your signature.

Enter signature block (Returns allowed)..