**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| ANIQUASEA MARIE HARDING, | ) | Case No. 25-13261-SAH |
|             Debtor | ) | Chapter 7 |
| _____ | ) | |
| IAN'S ENTERPRISE, LLC | ) | |
| | ) | |
|             Plaintiff, | ) | |
| vs. | ) | Adv. Pro. 26-01002-SAH |
| | ) | |
| ANIQUASEA MARIE HARDING, | ) | |
| | ) | |
|             Defendant. | ) | |

**PLAINTIFF'S APPLICATION TO EXTEND TIME TO FILE A**
**RESPONSE TO DEFENDANT'S MOTION TO DISMISS ADVERSARY COMPLAINT**

COMES NOW, Plaintiff, Ian's Enterprise, LLC ("Plaintiff") and requests that the Court grant it an extension to file a response to *Defendant's Motion to Dismiss Adversary Complaint, Brief IN Support, Request for Attorney Compensation, and Notice of Opportunity For Hearing* ("*Motion*") [Doc. 6] filed March 5, 2026. In support, Plaintiff states as follows:

1.      Plaintiff filed its *Complaint* [Doc. 1] on January 20, 2026.

2.      Defendant, Aniquasea Harding ("Defendant") filed the *Motion* on March 5, 2206.

3.      The deadline for Plaintiff to file a response to the *Motion* is March 19, 2026.

4.      Plaintiff needs additional time to prepare its response to the *Motion*, and requests an extension until March 23, 2026, to file its response.

5.      The undersigned has spoken with Defendant's counsel, Joshua Farmer, who does not object to the requested relief.

WHEREFORE, Plaintiff requests the Court grant it an extension of time within which it is required to file a response to the *Motion* until March 23 2026, and for such other relief as the Court deems equitable.

Respectfully Submitted,


/s/ Amanda R. Blackwood
Amanda R. Blackwood, OBA #33839
BLACKWOOD LAW FIRM, PLLC
512 NW 12th Street
Oklahoma City, OK 73103
405.309.3600 -Telephone
405.378.4466 – Facsimile
amanda@blackwoodlawfirm.com – Email
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document on March 19, 2026, using the Courts ECF system to the following:

Joshua Farmer
And any other party receiving electronic notice.

I further certify that on March 19, 2026, I mailed the foregoing document to the following:

Joshua Farmer
 3108 N. Classen Blvd.
Oklahoma City, OK 73118


/s/ Amanda R. Blackwood