**Dated: March 19, 2026**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| ANIQUASEA MARIE HARDING, | ) | Case No. 25-13261-SAH |
| Debtor | ) | Chapter 7 |
| | ) | |
| IAN'S ENTERPRISE, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adv. Pro. 26-01002-SAH |
| | ) | |
| ANIQUASEA MARIE HARDING, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING PLAINTIFF'S APPLICATION TO EXTEND
### TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO
### <u>DISMISS ADVERSARY COMPLAINT</u>

This matter comes before this Court upon *Plaintiff's Application to Extend Time*

*To File A Response To Defendant's Motion to Dismiss Adversary Complaint* filed March

5, 2026 [Doc. ] (the *"Application"*) [Doc. 11]. The Court finds that for good cause

shown, the *Application* should be granted. The Court therefore orders that the March 19, 2026, deadline for Plaintiff to file a response to *Defendant's Motion to Dismiss Adversary Complaint, Brief In Support, Request for Attorney Compensation, and Notice of Opportunity For Hearing* [Doc. 6] is extended to March 23, 2026.

**All findings of fact are based upon representations of counsel. Debtor's counsel shall effectuate service of this Order on all interested parties.**

**IT IS SO ORDERED.**

                                                          ###

APPROVED:


/s/ Amanda R. Blackwood
Amanda R. Blackwood, OBA #33839
BLACKWOOD LAW FIRM, PLLC
512 NW 12th Street
Oklahoma City, OK 73103
405.309.3600 -Telephone
405.378.4466 – Facsimile
amanda@blackwoodlawfirm.com – Email
**ATTORNEY FOR PLAINTIFF**