# Notice Recipients

District/Off: 1087–5            User: admin                    Date Created: 6/2/2026
Case: 26–01002                 Form ID: pdf007                 Total: 4

**Recipients of Notice of Electronic Filing:**
aty        Amanda R Blackwood        amanda@blackwoodlawfirm.com
aty        Joshua L Farmer        josh@gplawok.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
smg        Oklahoma Employment Security Commission        PO Box 53039        Oklahoma City, OK 73152–3039
ust        United States Trustee        United States Trustee        215 Dean A. McGee Ave., 4th Floor        Oklahoma City, OK 73102

TOTAL: 2