United States Bankruptcy Court
Western District of Oklahoma

Ian's Enterprise, LLC,

　　Plaintiff

Harding,

　　Defendant

Adv. Proc. No. 26-01002-SAH

# CERTIFICATE OF NOTICE

District/off: 1087-5 | User: admin | Page 1 of 1
Date Rcvd: Jun 02, 2026 | Form ID: pdf007 | Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**　　　　**Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: bankruptcy@oesc.state.ok.us | Jun 02 2026 21:26:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Jun 02 2026 21:26:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda R Blackwood | on behalf of Plaintiff Ian's Enterprise  LLC amanda@blackwoodlawfirm.com, BlackwoodLawFirmPLLC@jubileebk.net |
| Joshua L Farmer | on behalf of Defendant Aniquasea Marie Harding josh@gplawok.com jennifer@gplawok.com,shiv@gplawok.com,luke@gplawok.com |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA
United States Courthouse
Oklahoma City, Oklahoma**


**TELEPHONIC SCHEDULING CONFERENCE
BEFORE JUDGE SARAH A. HALL**


**WEDNESDAY, JUNE 24, 2026**

====================================================================================
**NOTE:** Attorneys of record and any parties appearing pro se are notified that a Telephonic Scheduling Conference concerning the below referenced adversary proceeding will be conducted by Judge Sarah A. Hall, United States Bankruptcy Judge, on **Wednesday, June 24, 2026.**  The call-in information is as follows:

**Phone Number: 1-405-309-3366**
**Conference ID:   575 938 72#**

   Parties are further advised that the trial date and/or dispositive motion deadlines will be established at the conference.  Counsel, therefore, should have their calendars at the conference so scheduling conflicts may be avoided.
====================================================================================



**10:00 A.M.**


| | |
|---|---|
| **25-13261/Adv. 26-01002** | **Ian's Enterprise, LLC (Amanda R. Blackwood) v.** |
| **Chp. 7** | **Aniquasea Marie Harding (Joshua L. Farmer)** |
| **ANIQUASEA MARIE HARDING** | |


**Telephonic Scheduling Conference**

All counsel and parties are directed (1) that all participants shall mute the phone when it is not their case, (2) that no participant shall use a "speaker" function, and (3) that no participant shall place the call on hold (in order for the Court and other participants to avoid hearing hold music or other noises that detract from the proceeding and audio recording of same).